UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. SULYMA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-04977 NC<br><br>**ORDER RE: MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 94 |

The parties have submitted separate proposed protective orders and now ask the Court to choose between them. Dkt. No. 94. The Court's view is that the proposed orders are similar, and it orders the parties to meet and confer to resolve the remaining issues. They must file a joint proposed protective order by May 13, 2016, or the Court will set the matter for a hearing on May 18, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-04977 NC