R. Joseph Barton (Cal. Bar No. 212340)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave., NW
Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: jbarton@cohenmilstein.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, D.C. 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
E-mail:: gporter@baileyglasser.com

Joseph A. Creitz (Cal. Bar No. 169552)
CREITZ & SEREBIN LLP
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 466-3090
Facsimile: (415) 513-4475
E-mail: joe@creitzserebin.com

*Attorneys for Plaintiff and*
*Interim Class Counsel*

Scott P. Cooper (Cal. Bar No. 96905)
Jennifer L. Jones (Cal. Bar No. 284624)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile:  (310) 557-2193
E-mail: scooper@proskauer.com

John J. Buckley, Jr. (*pro hac vice*)
Daniel F. Katz (*pro hac vice*)
Vidya Atre Mirmira (*pro hac vice*)
Hyung-Jin P. Kim (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
E-mail: jbuckley@wc.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER M. SULYMA,<br><br>Plaintiff,<br><br>v. | Case No.  5:15-cv-04977-NC<br><br>STIPULATED REQUEST FOR EXTENSION OF DEADLINES REGARDING DEFENDANTS' PENDING MOTION TO DISMISS, AND CASE MANAGEMENT CONFERENCE, and ORDER |

SULYMA v. INTEL, No. 15-cv-4977-NC
STIPULATED REQUEST TO EXTEND DEADLINES
And ORDER                                                1

1    INTEL CORPORATION INVESTMENT
     POLICY COMMITTEE, *et al.*,                    Complaint filed:  October 29, 2015
2
                        Defendants,
3
     and
4
     INTEL 401(K) SAVINGS PLAN and
5    INTEL RETIREMENT CONTRIBUTION
     PLAN,
6
                        Nominal Defendants.
7

8

9            Whereas Plaintiff's counsel have requested, and Defendants agree, to a two-week

10   extension of time for Plaintiff to file his Opposition to Defendants' pending Motion to Dismiss

11   (Dkt. Entry 103); and

12           Whereas Defendants therefore request and Plaintiff agrees, to a two-week extension of

13   time to file Defendants' Reply memorandum in support of their pending Motion to Dismiss; and

14           Whereas the Hearing on said Motion to Dismiss is currently scheduled for, July 6, 2016,

15   the same day as the upcoming Case Management Conference, and said Hearing will need to be

16   continued if the above-referenced extensions are granted,

17           THEREFORE, pursuant to Civil Local Rules 6-1(b) and 6-2, and for the reasons stated in

18   the accompanying Declaration of Joseph A. Creitz, Plaintiff and Defendants hereby stipulate to

19   the following briefing schedule on Defendants' pending motion to dismiss and three-week

20   continuation of the hearing date on the motion and also the currently scheduled Case

21   Management Conference.

22   / / /

23   / / /

24

25

26

27

28   SULYMA v. INTEL, No. 15-cv-4977-NC
     STIPULATED REQUEST TO EXTEND DEADLINES
     And ORDER                    2

1    The existing and new requested dates are as follows:

| Current Date | Proposed Date | Event |
|---|---|---|
| 06/09/2016 | 06/23/2016 | Plaintiff's Opposition to Defendants' Motion to Dismiss |
| 06/16/2016 | 07/13/2016 | Defendants' Reply in Support of Motion to Dismiss |
| 06/29/2016 | 08/03/2016 | Joint Case Management Conference Statement Due |
| 07/06/2016 | 08/10/2016 | Case Management Conference, and Hearing on Defendants' Motion to Dismiss |

As set forth in the accompanying Declaration of Joseph A. Creitz, good cause exists to extend the above-noted deadlines.  Plaintiff requires additional time to prepare his Opposition to Defendants' pending Motion to Dismiss, and Defendants will need a corresponding two-week extension to prepare their reply and to allow time for each of the 21 Defendants to review, comment on, and consent to the Reply, particularly so close to the Fourth of July weekend.  The current Hearing for the Motion to Dismiss is set for the same date as the Case Management Conference.  Because judicial efficiency will be promoted by the Court having the benefit of full briefing on the Motion to Dismiss at the Conference, it is respectfully requested that the date of both the Conference and the Hearing be continued to August 10, 2016 or some other later date convenient to the Court when counsel also are available.

Dated: _____, 2016          By:  /s/ Joseph A. Creitz

                                      Joseph A. Creitz (Cal. Bar No. 169552)
                                      CREITZ & SEREBIN LLP
                                      250 Montgomery Street, Suite 1410
                                      San Francisco, CA 94104
                                      Telephone: (415) 466-3090
                                      Facsimile: (415) 513-4475

                                      Attorney for Plaintiff


                                      By:  /s/ John J. Buckley, Jr.

                                      John J. Buckley, Jr.
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, DC 20005
                                      Telephone:  (202) 434-5000
                                      Facsimile:  (202) 434-5029

                                      Attorney for Defendants



                        **SIGNATURE ATTESTATION**

     Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the

concurrence of all signatories other than myself in the filing of this document.

                                      _____/s/ Joseph A. Creitz_____
                                           Joseph A. Creitz


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 7, 2016

                                      _____
                                      Hon. Nat[ ]
                                      United Stat[ ]

GRANTED
Nate[ ]
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SULYMA v. INTEL, No. 15-cv-4977-NC
STIPULATED REQUEST TO EXTEND DEADLINES
And ORDER                    4