R. Joseph Barton (Cal. Bar No. 212340)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., NW
Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Joseph A. Creitz (Cal. Bar No. 169552)
Lisa S. Serebin (Cal. Bar No. 146312)
CREITZ & SEREBIN LLP
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 466-3090
Facsimile: (415) 513-4475

Gregory Y. Porter (admitted *pro hac vice*)
Ryan T. Jenny (admitted *pro hac vice*)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, D.C. 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Major Khan
MAJOR KHAN LLC
1120 Avenue of the Americas
Suite 4100
New York, NY 10036
Telephone: (646) 546-5664
Facsimile: (646) 546-5755

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER M. SULYMA, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, FINANCE COMMITTEE OF THE INTEL CORPORATION BOARD OF DIRECTORS, INTEL RETIREMENT PLANS ADMINISTRATIVE COMMITTEE, CHARLENE BARSHEFSKY, FRANK D. YEARY, JAMES D. PLUMMER, REED E. HUNDT, SUSAN L. DECKER, JOHN J. DONAHOE, DAVID S. POTTRUCK, RAVI JACOB,<br><br>Defendants,<br><br>and<br><br>INTEL 401(K) SAVINGS PLAN and INTEL RETIREMENT CONTRIBUTION PLAN,<br><br>Nominal Defendants. | Case No: 15-cv-04977-NC<br><br>**DECLARATION OF CHRISTOPHER M. SULYMA IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Christopher M. Sulyma, hereby declare under penalty of perjury of the laws of the United States as follows:

1. I am the Plaintiff in the above-caption litigation and I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

2. Prior to the time that this litigation was filed, and in order to investigate whether there were any potential claims, I submitted a request for plan documents to the Intel Retirement Plans Administrative Committee on January 14, 2015. A true and correct copy of this request is attached as Exhibit A.

3. I received no response to my plan document request within thirty days of receipt, as required by ERISA. After Defendants failed to respond to my request, I sent a follow-up letter on March 3, 2015, a true and correct copy of which is attached as Exhibit B.

4. In response to my follow-up letter, I received an email from Theo Lacy, identified as Program Manager, Intel Global Retirement Benefits Office/ Human Resources, in April 2015 who provided me with a number of documents from the Plan Administrator of the Intel Plans, most of which I had never seen before along with a list of the documents. A true and correct copy of the list of documents provided by the Plan Administrator is attached as Exhibit C. I provided all of the documents that I received from the Plan Administrator (as well as any prior disclosures that I had received) to my attorneys.

The foregoing is true to the best of my knowledge and belief.

Executed on June 23, 2016 in Albuquerque, NM.

_____
Christopher M. Sulyma

# EXHIBIT A

Christopher M. Sulyma
6808 Sirocco Pl. NW
Albuquerque, NM 87114-3200

January 14, 2015

**VIA FEDERAL EXPRESS**

Intel Retirement Plans Administrative Committee
c/o Intel Corporation
1900 Prairie City Rd FM3-224
Folsom, CA 95630-9501

    Re:    Intel Corp. Profit Sharing Retirement Plan, 401(k) Savings Plan, and Defined Benefit Pension Plan -- Request for Plan Documents

Dear Sir or Madam:

    I am a former employee and a participant in the Intel Corp. Profit Sharing Retirement Plan, 401(k) Savings Plan, and Defined Benefit Pension Plan. I write to request copies of several documents related to the Plan.

    First, pursuant to 29 C.F.R. § 2550.404a-5(d), I request that you, as the plan administrator of the Plan, furnish me with the following documents:

    1)    a copy of the prospectus and, if available, the summary prospectus for each of the investment options offered by the Plan at any time between 2007 and 2011;

    2)    a copy of any financial statements or reports, such as statements of additional information and shareholder reports, and of any other similar materials relating to any of the investment options referenced in 1);

    3)    a statement of the value of a share or unit of each of the investment options referenced in 1), as well as the date of the valuation; and

    4)    a list of the assets comprising the portfolio of each of the investment options referenced in 1), and the value of each such asset or the proportion of the investment which it comprises.

    Second, pursuant to ERISA § 104(b), 29 U.S.C. § 1024(b), I request that you furnish me with the latest updated Plan Document for the above-referenced employee benefit Plans. It is my understanding that the Summary Plan Description and the Plan Document are not the same document, and that both must be provided to me upon written request, and I request that the document provided to me be clearly identified as the Plan Document. Also, please provide me

1958417.1

with a copy of the latest annual report, any trust agreement or contract as well as any other instruments under which the Plan is established or operated.

I also request information about the "hedge fund" investments within the target date funds (I am invested in 2030 fund). Specifically, for each of the underlying funds that make up the "hedge fund": (a) contracts and arrangements between the funds and/or their respective managers and the plans; (b) detailed descriptions of the investment strategies and portfolio holdings of the funds; and (c) fees paid to the funds and/or its managers, including carried interest.

To the extent not otherwise covered by my request under 29 C.F.R. § 2550.404a-5(d) above, I request, pursuant to ERISA § 104(b), that you, as the plan administrator of the Plan, furnish me with copies of any and all documents relating to revenue sharing arrangements, Rule 12(b)-1 fees, sub-transfer fees, and/or other fees or expenses with respect to any of the investment options offered by the Plan between 2007 and 2011. My requests pursuant to ERISA § 104(b), 29 U.S.C. § 1024(b), and 29 C.F.R. § 2550.404a-5(d) include but are not limited to documents relating to arrangements with and/or fees paid to or by Intel Corp., Intel Corp. Profit Sharing Retirement Plan, Intel Corp. 401(k) Savings Plan, and Intel Corp. Defined Benefit Pension Plan.

Finally, I additionally request copies of any disclosures to participants made pursuant to the Final Rule, "Reasonable Contract or Arrangement Under Section 408(b)(2)—Fee Disclosure," published on February 3, 2012.

ERISA provides that you send me the requested documents by mail within thirty (30) days. If you have any questions or need any further information, please contact me at  or via 505-312-7322 email at cmsulyma@gmail.com. Please send the requested documents to me at the above address.

Sincerely,

Chris M. Sulyma

2

1958417.1

# EXHIBIT B

Christopher M. Sulyma<br>
6808 Sirocco Pl. NW<br>
Albuquerque, NM 87114-3200

March 3, 2015

**VIA FEDERAL EXPRESS**

Intel Retirement Plans Administrative
Committee
c/o Intel Corporation
1900 Prairie City Rd FM3-224
Folsom, CA 95630-9501

  Re: *Intel Corp. Profit Sharing Retirement Plan, 401(k) Savings Plan,*
     *and Defined Benefit Pension Plan -- Request for Plan Documents*

Dear Sir or Madam:

  I am a former employee of Intel Corporation, and a participant in the company's Profit Sharing Retirement Plan, 401(k) Savings Plan, and Defined Benefit Pension Plan. I previously sent a letter to the last known address for the plan administrator; if this address is incorrect or you are not the plan administrator, I request that you forward this request to the plan administrator or advise me as to the name and address of the plan administrator. This request was sent to you by Federal Express on January 15, 2015, and was delivered on January 19, 2015. I have yet to receive a response, even though more than 30 days have elapsed. I have provided a copy enclosed with this letter.

  As provided by ERISA, I agree to pay a reasonable charge to cover the cost of furnishing me copies of the requested documents. If you have any questions, or need further information, please contact me by phone at 505-312-7322, or by email at cmsulyma@gmail.com. Otherwise, please send the documents to me at the above address.

Sincerely,<br><br>
Christopher M. Sulyma

# EXHIBIT C

| # | Item | Status | Date Sent | Delivery Method |
|---|---|---|---|---|
| 1 | The 2013 Intel Retirement SPD (year you took a full distribution from the Intel 401(k) Savings Plan) | Sent | 4/3/2015 | (EMAIL) round 1: 1 of 3 |
| 2 | 2015 Intel Retirement SPD | Sent | 4/3/2015 | (EMAIL) round 1: 1 of 3 |
| 3 | Current Plan document for the Intel Retirement Contribution Plan (including two amendments) | Sent | 4/3/2015 | (EMAIL) round 1: 1 of 3 |
| 4 | Intel 401(k) Savings Plan Document | Sent | 4/3/2015 | (EMAIL) round 1: 2 of 3 |
| 5 | 2012 Fee Disclosure for the Intel 401(k) Savings Plan (#15105) | Sent | 4/3/2015 | (EMAIL) round 1: 2 of 3 |
| 6 | 2012 Fee Disclosure for the Intel Retirement Contribution Plan (#15106 | Sent | 4/3/2015 | (EMAIL) round 1: 2 of 3 |
| 7 | Attached is the current plan document for the Intel Minimum Pension Plan including applicable amendments. | Sent | 4/3/2015 | (EMAIL) round 1: 3 of 3 |
| 8 | 2013 Form 5500 for the Intel Retirement Contribution Plan | Sent | 4/24/2015 | (EMAIL) round 2: 1 of 3 |
| 9 | 2013 Form 5500 for the Intel Minimum Pension Plan | Sent | 4/24/2015 | (EMAIL) round 2: 1 of 3 |
| 10 | 2014 Annual Funding Notice for the Intel Minimum Pension Plan | Sent | 4/24/2015 | (EMAIL) round 2: 1 of 3 |
| 11 | 2013 SAR | Sent | 4/24/2015 | (EMAIL) round 2: 1 of 3 |
| 12 | 2013 Form 5500 for the Intel 401(k) Savings Plan – this is a massive file even in zip format, so I just sent in pdf | Sent | 4/24/2015 | (EMAIL) round 2: 2 of 3 |
| 13 | Master Trust Document | Sent | 4/24/2015 | (EMAIL) round 2: 3 of 3 |
| 14 | Amendment to the Master Trust | Sent | 4/24/2015 | (EMAIL) round 2: 3 of 3 |
| 15 | 2013 Form 5500 - Alternative Investments Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 16 | 2013 Form 5500 - Commodities Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 17 | 2013 Form 5500 - Emerging Markets Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 18 | 2013 Form 5500 - Global Bond Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 19 | 2013 Form 5500 - Hedge Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 20 | 2013 Form 5500 - International Stock Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 21 | 2013 Form 5500 - Stable Value Fund MTIA | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 22 | 2013 Form 5500 - US Large Cap Stock Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 23 | 2013 Form 5500 - US Small Cap Stock Fund | Sent | 5/18/2015 | (EMAIL) MTIA 2013 Form 5500s |
| 24 | Vanguard SAI | Sent | 7/6/2015 | Compact Disc |
| 25 | Vanguard S&P 500 Annual Report | Sent | 7/6/2015 | Compact Disc |
| 26 | Vanguard Prospectus | Sent | 7/6/2015 | Compact Disc |
| 27 | US Debt Disclosures | Sent | 7/6/2015 | Compact Disc |
| 28 | R2500 Disclosures | Sent | 7/6/2015 | Compact Disc |
| 29 | R25INDXF_Created_03_27_15 | Sent | 7/6/2015 | Compact Disc |
| 30 | Plan of Blackrock Institutional Trust | Sent | 7/6/2015 | Compact Disc |
| 31 | MOEBT_Created_3.27.15 | Sent | 7/6/2015 | Compact Disc |
| 32 | Lazard Wilmington Emerging Markets Equity Portfolio - Audited Statements - 2014 | Sent | 7/6/2015 | Compact Disc |
| 33 | Lazard EM Trust Offering Memorandum | Sent | 7/6/2015 | Compact Disc |
| 34 | Lazard EM Trust Document | Sent | 7/6/2015 | Compact Disc |
| 35 | Lazard EM July Supplemental Offering Memorandum | Sent | 7/6/2015 | Compact Disc |
| 36 | Invesco MMKT SAI | Sent | 7/6/2015 | Compact Disc |
| 37 | Invesco MMKT Prospectus | Sent | 7/6/2015 | Compact Disc |
| 38 | Invesco Annual Report | Sent | 7/6/2015 | Compact Disc |
| 39 | INTELEM_Created_03.27.15 | Sent | 7/6/2015 | Compact Disc |
| 40 | F Fund Financials | Sent | 7/6/2015 | Compact Disc |
| 41 | Europac Growth SAI | Sent | 7/6/2015 | Compact Disc |
| 42 | Europac Growth Prospectus | Sent | 7/6/2015 | Compact Disc |
| 43 | Europac Growth Annual Report | Sent | 7/6/2015 | Compact Disc |
| 44 | EM Disclosures | Sent | 7/6/2015 | Compact Disc |
| 45 | Dodge and Cox SAI | Sent | 7/6/2015 | Compact Disc |
| 46 | Dodge and Cox Prospectus | Sent | 7/6/2015 | Compact Disc |
| 47 | Dodge and Cox Annual Report | Sent | 7/6/2015 | Compact Disc |
| 48 | DJUBSF_Created_3.27.15 | Sent | 7/6/2015 | Compact Disc |
| 49 | DEBTF_Created_03.27.15 | Sent | 7/6/2015 | Compact Disc |
| 50 | ACWIIMIF_Created_3.27.15 | Sent | 7/6/2015 | Compact Disc |
| 51 | ACWI ex-US IMI Disclosures | Sent | 7/6/2015 | Compact Disc |
| 52 | FINAL 401(k) Prospectus (final for distribution) 11-13-14 | Sent | 7/6/2015 | Compact Disc |
| 53 | DoSF Fidelity Growth Pool.pdf | Sent | 7/6/2015 | Compact Disc |
| 54 | DoSF Low Priced Stock Pool Dec 2014.pdf | Sent | 7/6/2015 | Compact Disc |
| 55 | FMTC 2015_Growth.pdf | Sent | 7/6/2015 | Compact Disc |
| 56 | FMTC 2015_LPS.PDF | Sent | 7/6/2015 | Compact Disc |