UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. SULYMA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, et al.,<br><br>    Defendants. | Case No. 15-cv-04977 NC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 122 |

In accordance with the Court's March 31, 2017, order granting defendants' motion for summary judgment, judgment is entered in favor of defendants and against Sulyma with respect to all claims asserted in the complaint.

The clerk is ordered to terminate case no. 15-cv-04977 NC.

**IT IS SO ORDERED.**

Dated: March 31, 2017

                                                NATHANAEL M. COUSINS<br>
                                                United States Magistrate Judge

Case No. 15-cv-04977 NC