| | |
|---|---|
| R. Joseph Barton (Cal. Bar No. 212340)<br>BLOCK & LEVITON LLP<br>1735 20th Street NW<br>Washington, D.C. 20009<br>Telephone: (202) 734-7046<br>Facsimile: (617) 507-6020<br>E-mail: jbarton@blockesq.com | Gregory Y. Porter (admitted *pro hac vice*)<br>Ryan T. Jenny (admitted *pro hac vice*)<br>BAILEY & GLASSER LLP<br>1054 31st Street, NW, Suite 230<br>Washington, D.C. 20007<br>Telephone: (202) 463-2101<br>Facsimile: (202) 463-2103<br>E-mail: gporter@baileyglasser.com<br>E-mail: rjenny@baileyglasser.com |
| Joseph A. Creitz (Cal. Bar No. 169552)<br>Lisa S. Serebin (Cal. Bar No. 146312)<br>CREITZ & SEREBIN LLP<br>250 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>Telephone: (415) 466-3090<br>Facsimile: (415) 513-4475<br>E-mail: joe@creitzserebin.com<br>E-mail: lisa@creitzserebin.com | Major Khan<br>MAJOR KHAN LLC<br>1120 Avenue of the Americas<br>Suite 4100<br>New York, NY 10036<br>Telephone: (646) 546-5664<br>Facsimile: (646) 546-5755<br>E-mail: mk@mk-llc.com |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER M. SULYMA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INTEL CORPORATION INVESTMENT POLICY COMMITTEE, ET AL.,<br><br>　　　　Defendants,<br><br>and<br><br>INTEL 401(k) SAVINGS PLAN and INTEL RETIREMENT CONTRIBUTION PLAN,<br><br>　　　　Nominal Defendants. | Case No: 15-CV-04977-NC<br><br>**NOTICE OF APPEAL** |

PLAINTIFF'S NOTICE OF APPEAL
*Sulyma, et al. v. Intel 401(k) Savings Plan, et al.,*
Cae No. 15-CV-04977-NC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Plaintiff Christopher Sulyma, who was designated by the Court as the Interim Lead Plaintiff in the above named case for the putative class,[1] hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered March 31, 2017 granting Defendants' Motion for Summary Judgment (ECF 145), the judgment entered in this action on March 31, 2017 (ECF 146) and all prior orders. A copy of the March 31, 2017 order and the judgment are attached hereto.

Dated: April 24, 2017

Respectfully submitted

By:   /s/ R. Joseph Barton
R. Joseph Barton (Cal Bar No. 212340)
BLOCK & LEVITON LLP
1735 20th St NW,
Washington DC 20009
Telephone:  (202) 734-7046
Fax: (617) 507-6020
Email: jbarton@blockesq.com

***Attorney for Plaintiff***

---

[1] Plaintiff understands that the decision on summary judgment only applies to his claims, but to the extent that the decision applies to other members of the putative class, as Interim Lead Plaintiff, appeals on their behalf as well.

PLAINTIFF'S NOTICE OF APPEAL            -2-
*Sulyma, et al. v. Intel 401(k) Savings Plan, et al.,*
Cae No. 15-CV-04977-NC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 24, 2017                    /s/ Joseph A. Creitz

- 3 -

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 250 Montgomery Street, Suite 1410, San Francisco, CA 94104.

On April 24, 2017, I served the following document(s): NOTICE OF APPEAL on the interested parties in this action using the Court's CM/ECF system.

/s/ Joseph A. Creitz
Joseph A. Creitz

SMRH:475927520.5

2204694.1

- 4 -