UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER M. SULYMA, and all others similarly situated, | No. 17-15864 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-04977-NC<br>Northern District of California,<br>San Jose |
| v. | |
| INTEL CORPORATION INVESTMENT POLICY COMMITTEE; et al., | ORDER |
| Defendants-Appellees. | |

Before: WALLACE and GRABER, Circuit Judges, and LASNIK,[*] District Judge.

Plaintiff-Appellant's unopposed motion to transfer consideration of attorneys' fees on appeal to the district court is **GRANTED.**

---

[*] The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.