# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 10, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Intel Corporation Investment Policy Committee, et al.
           v. Christopher M. Sulyma
           No. 18-1116
           (Your No. 17-15864)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk